Certificate Number. 06531-ILN-CC-005575217

## CERTIFICATE OF COUNSELING

I CERTIFY that on December 5, 2008 at 12:20 o'clock PM CST,

Joanna J Horvat received from

Allen Credit and Debt Counseling Agency,

an agency approved pursuant to 11 U.S.C § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: December 5, 2008         By      /s/Lisa M Droz

                               Name    Lisa M Droz

                               Title   Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 06531-ILN-CC-005575088

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 5, 2008 at 12:09 o'clock PM CST,

Lonnie J Horvat received from

Allen Credit and Debt Counseling Agency

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: December 5, 2008        By        /s/Lisa M Droz

                              Name      Lisa M Droz

                              Title     Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).